United States District Court
Southern District of Texas
**ENTERED**
June 19, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT ESENWEIN, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. H-17-3790 |
| CARDNO, INC., | § § § | |
| Defendant. | § | |

### ORDER

Pending before the Court is Defendant Cardno, Inc.'s Motion to Dismiss (Document No. 8), which was filed on February 21, 2018. Thereafter, on March 14, 2018, Plaintiff Robert Esenwein filed an amended complaint. Consequently, Defendant's motion to dismiss is moot. Accordingly, the Court hereby

**ORDERS** that Defendant Cardno, Inc.'s Motion to Dismiss (Document No. 8) is **DENIED WITHOUT PREJUDICE.**

SIGNED at Houston, Texas, on this __18__ day of June, 2018.

DAVID HITTNER
United States District Judge

1