United States District Court
Southern District of Texas
**ENTERED**
April 11, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT ESENWEIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-17-3790 |
| | § | |
| CARDNO, INC., | § | |
| | § | |
| Defendant. | § | |

ORDER

Pending before the Court is Defendant Cardno Inc.'s Motion for Summary Judgment (Document No. 20). Having considered the motion, submissions, and applicable law, the Court determines the motion should be denied. Accordingly, the Court hereby

**ORDERS** that Defendant Cardno Inc.'s Motion for Summary Judgment (Document No. 20) is **DENIED**.

SIGNED at Houston, Texas, on this __10__ day of April, 2019.

DAVID HITTNER
United States District Judge