United States District Court
Southern District of Texas
**ENTERED**
June 06, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Robert Esenwein, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.: H-17-3790 |
| | § | |
| Cardno, Inc., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

As the jury has returned its verdict in favor of the Plaintiff, the Court hereby ORDERS that final judgment be entered in favor of the Plaintiff in the amount of $116,000.00 in lost earnings and $141,000.00 in exemplary damages for a total of $257,000.00. This is a FINAL JUDGMENT.

Signed at Houston, TX on the ___5___ day of June, 2019.

_____
DAVID HITTNER
United States District Judge