United States District Court
Southern District of Texas
**ENTERED**
July 30, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT ESENWEIN, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. H-17-3790 |
| CARDNO, INC., | § | |
| Defendant. | § | |

## ORDER

Pending before the Court is Defendant Cardno Inc.'s Renewed Motion for Judgment as a Matter of Law (Document No. 60). Having considered the motion, submissions, and applicable law, the Court determines the motion should be denied. Accordingly, the Court hereby

**ORDERS** that Defendant Cardno Inc.'s Renewed Motion for Judgment as a Matter of Law (Document No. 60) is **DENIED**.

SIGNED at Houston, Texas, on this 29 day of July, 2019.

DAVID HITTNER
United States District Judge